## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 15-32804 |
| Adof Butler } | |
| Sandra Wilson } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### Objection to Claim No. 7
### Of Creditor STATE OF ALABAMA

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of STATE OF ALABAMA and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on October 6, 2015.

2. The creditor **STATE OF ALABAMA** filed a SECURED proof of claim for $1288.82

3. The proof of claim as filed was filed improperly in that the creditor is not entitled to secured status under §506 of the Bankruptcy Code. The creditor has not provided proof that their debt is entitled to secured status. There is no property for the State of Alabama's tax lien to attach.

3. The Debtor requests that this Court disallow the claim as a secured claim and reclassify the claim as an unsecured claim.

WHEREFORE, the premises considered, the Debtor objects to the claim of **STATE OF ALABAMA**, Claim No. 7 being treated as a secured creditor and asks that this Court reclassify the claim as an unsecured claim.

Respectfully submitted,

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum
ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day November 23, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

STATE OF ALABAMA
50 NORTH RIPLEY STREET
Montgomery, AL  36132