# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Adof Butler and Sandra Wilson

    Debtors

Case No. 15–32804  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Alabama Department of Revenue*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 30th day of December, 2015.

Dwight H. Williams Jr.  
United States Bankruptcy Judge